**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Sara Osorio
                    Plaintiff,

v.                                          Case No.: 1:16–cv–11756
                                                        Honorable Rebecca R. Pallmeyer

TR Management LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 26, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Joint Stipulation, the above cause is dismissed in its entirety with prejudice. Status hearing set for 1/30/2018 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.